UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Glorimar Figueroa-Rodriguez
v.
Volkswagen of America, Inc.

CASE NUMBER: 99-1422 (HL)

## MINUTES

On September 10, 2001, the parties met in the chambers of the undersigned to negotiate a settlement. Present were Attorney Rosanna Cerezo on behalf of Plaintiffs, and Attorneys Antonio Gnocchi-Franco and Jorge Marquina on behalf of Defendant. While no settlement was reached, the parties appear close to resolving this case. The parties will continue to discuss the possibility of settlement with their respective clients.

Date 9-11-01

HECTOR M. LAFFITTE
Chief U.S. District Judge

